IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GJ RANCHES, LLC,

     Plaintiff,

vs.                                       1:24-cv-00897-KWR-KK

LUMBERTON MUTUAL DOMESTIC
WATER CONSUMERS ASSOCIATION and
FILE CONSTRUCTION LLC,

     Defendants.

## MEMORANDUM OPINION AND ORDER DENYING DEFENDANT LUMBERTON MUTUAL DOMESTIC WATER CONSUMERS ASSOCIATION'S MOTION TO AMEND MEMORANDUM ORDER

THIS MATTER comes before the Court on Defendant Lumberton Mutual Domestic Water Consumers Association's Motion to Amend Memorandum Order (**doc. 37**), which seeks to amend the Court's Memorandum Order and Opinion Granting Defendant's Partial Motion to Dismiss (**doc. 34**).

Defendant Lumberton Mutual Domestic Water Consumers Association ("LMDWCA") objects to the Court's decision to dismiss certain claims without prejudice. **Doc. 37**. However, the Court is entitled to exercise its discretion in dismissing with or without prejudice under Rule 12(b)(6). *Kerr v. Polis*, 20 F.4th 686, 718 (10th Cir. 2021) (*en banc*) (Bacharach, J., concurring) ("'[U]nder Rules 41(b) and 12(b)(6), a district court has discretion to dismiss a complaint without prejudice when the district court concludes that circumstances so warrant.'" (quoting *Rollins v. Wackenhut Servs., Inc.*, 703 F.3d 122, 132 (D.C. Cir. 2012) (Kavanaugh, J., concurring))).

Defendant has not demonstrated any compelling circumstances warranting amending the Court's original order. The Court will therefore **DENY** Defendant's Motion to Amend (**Doc. 37**).

**IT IS SO ORDERED.**

                                                /S/
                                        KEA W. RIGGS
                                        UNITED STATES DISTRICT JUDGE